UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

v.

BEAU J. BAILEY,

                Defendant.

Case: 1:25-cr-20550
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 07-23-2025

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### (18 U.S.C. § 2250(a)(3))
### (Failure to Register as a Sex Offender)

On or about July 24, 2020, and continuing to on or about June 26, 2025, in the Eastern District of Michigan, Northern Division, and elsewhere, the defendant, **Beau J. Bailey,** a person required to register under the Sex Offender Registration and Notification Act, knowingly failed to register and update registration, and is a sex offender under federal law by reason of a conviction on December 12, 2018, for the crime of assault with intent to commit criminal sexual conduct pursuant to 1.2061 of the Saginaw Chippewa Tribal Code, all in violation of Title 18, United States Code, Section 2250(a)(3).

1

Dated: July 23, 2025

THIS IS A TRUE BILL.

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney

*s/Anthony P. Vance*
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

*s/Roy R. Kranz*
ROY R. KRANZ
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747
(989) 895-5712
Roy.Kranz@usdoj.gov
(P56903)

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Companion Case Information**

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes     x No

Case: 1:25-cr-20550
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 07-23-2025

**Case Title:** USA v. Beau Bailey

**County where offense occurred:** Isabella

**Check One:** X Felony    __ Misdemeanor    __ Petty

   X    Indictment/____Information --- **no** prior complaint.
_____Indictment/____Information --- based upon prior complaint []
_____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____ **Judge:** _____

☐    Corrects errors; no additional charges or defendants.
☐    Involves, for plea purposes, different charges or adds counts.
☐    Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date: July 23, 2025

s/Roy R. Kranz
Roy R. Kranz
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone: 989-895-5712
Fax: 989-895-5790
E-Mail address: roy.kranz@usdoj.gov
Attorney Bar #: P56903

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.